UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BUDDY KINLEY, )
        Plaintiff, )
)    **JUDGMENT IN A CIVIL CASE**
v. )
)    **CASE NO. 7:15-CV-136-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 33]. Plaintiff's motion for judgment on the pleadings [D.E. 23] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 26] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on August 10, 2016, and Copies To:**

Jonathan P. Miller         (via CM/ECF Notice of Electronic Filing)

Wanda D. Mason         (via CM/ECF Notice of Electronic Filing)

DATE:         JULIE RICHARDS JOHNSTON, CLERK

August 10, 2016         (By) /s/ Nicole Briggeman
        Deputy Clerk