| | |
|---|---|
| BUDDY KINLEY, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner )<br>of Social Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:15-CV-136-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff shall be, and hereby is, awarded the sum of **$4,769.50** for attorney fees in full satisfaction of any and all claims against the Defendant arising from the above captioned case under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time; and it is further ORDERED, that in accordance with Plaintiffs assignment of EAJA fees, if there is no debt that qualifies under the Treasury Offset Program, the award will be made payable to Jonathan P. Miller, 1213 Culbreth Drive, Wilmington, NC 28405. If there is such a debt, any amount remaining after offset will be made payable to Plaintiff and sent to Plaintiff's counsel at the address set forth above.

**This Judgment Filed and Entered on September 9, 2016, and Copies To:**

| | |
|---|---|
| Jonathan P. Miller | (via CM/ECF Notice of Electronic Filing) |
| Wanda D. Mason | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE:<br>September 9, 2016 | JULIE RICHARDS JOHNSTON, CLERK<br>(By) /s/ Nicole Briggeman<br>    Deputy Clerk |