IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-136-D

| | |
|---|---|
| BUDDY KINLEY,<br><br>           Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br> Social Security,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)    ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff's counsel filed a motion for approval of attorney's fees under section
206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $ 11,361.50. Attorney's
fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42
U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to
Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $ 4,769.50. Plaintiff has been
previously awarded $6,000.00 in administrative 406(a) fees.

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789
(2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the
amount of $11,361.50, and refund to Plaintiff the smaller award between this amount and
the EAJA award.

SO ORDERED. This __11__ day of January 2018.

JAMES C. DEVER III
Chief United States District Judge