UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BUDDY KINLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:15-CV-136-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $11,361.50, and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on January 12, 2018, and Copies To:**
Jonathan P. Miller                        (via CM/ECF electronic notification)
Wanda D. Mason                         (via CM/ECF electronic notification)

DATE:                                              PETER A. MOORE, JR., CLERK
January 12, 2018                            (By) /s/ Nicole Briggeman
                                                         Deputy Clerk